IN THE

# SUPREME COURT OF NEBRASKA.

## SEPTEMBER TERM, A. D. 1900.

---

PRESENT:

HON. T. L. NORVAL, CHIEF JUSTICE.
HON. J. J. SULLIVAN, } JUDGES.
HON. SILAS A. HOLCOMB, }

---

PEOPLE'S BUILDING, LOAN & SAVINGS ASSOCIATION OF NEW YORK V. ISRAEL PEARLMAN.

FILED DECEMBER 5, 1900. No. 10,875.

Printed Abstract. Where a cause is submitted in this court under section 1 of rule 2, and the printed abstract contains no specification of the errors relied on for a reversal, no question is presented for decision, and the judgment will be affirmed.

ERROR from the district court for Cass county. Tried below before RAMSEY, J. *Affirmed.*

*R. B. Windham* and *J. B. Strode*, for plaintiff in error.

*Matthew Gering, contra.*

PER CURIAM.

• This was a law action instituted in the county court of Cass county and removed thence by appeal to the dis-

trict court, where the plaintiff, Israel Pearlman, obtained a money judgment against the defendant, the People's Building, Loan & Savings Association of New York. When the cause reached this court it was advanced and submitted under the first section of rule 2, upon an agreed abstract of the record. This abstract does not contain a specification of any of the errors upon which defendant relies for a reversal of the judgment, and hence there is no question properly before us for decision. The case is ruled by *O'Neill v. Flood,* 58 Nebr., 218, and *Manning v. Freeman,* 58 Nebr., 485. The judgment is

AFFIRMED.